```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

**VRF EYE SPECIALTY GROUP, PLC,**

    **Plaintiff,**

                                    NO.   09-2216 SHM V

**vs.**

**SETH L. YOSER, M.D.,
JAMES BAIZE, and MEDICAL
SOLUTIONS, LLC.,**

    **Defendants.**

### ORDER DISMISSING REMAINING CLAIMS WITHOUT PREJUDICE

The parties having filed a joint motion to enter a judgment and dismiss remaining claims without prejudice, it is hereby ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that all remaining claims in this case against any party be DISMISSED, without prejudice. Judgment shall be entered in accordance with this order and the January 19, 2011, order on summary judgment.

It is so ORDERED this <u>25th</u> day of May, 2011.

                                        <u>s/Samuel H. Mays, Jr.</u>
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE